# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Melissa Bennett, Administrator of the Estate of Scott Anthony Coldren | Case No. 2:20-cv-03193 |
| Plaintiff, | Judge James L. Graham<br>Magistrate Judge Chelsey M. Vascura |
| v. | |
| George W. Lavender, *et al.*, | |
| Defendants. | |

## STIPULATION OF EXTENSION OF TIME TO MOVE OR PLEAD

It is hereby stipulated and agreed, by and between the parties and/or their respective counsel, that Defendant George W. Lavender be permitted an extension of time, until August 7, 2020, to move or plead in response to Plaintiff's Complaint (Doc. 2, PageID#3-8). The stipulated extension is authorized pursuant to Fed. R. Civ. P. 6(b)(1)(A) and S.D. Ohio Civ. R. 6.1(a). Furthermore, the extension is supported by good cause, as defense counsel needs additional time to meet with their client and prepare a proper response to Plaintiff's Complaint, and the extension is not sought for purposes of delay. Accordingly, Defendant George W. Lavender will move or plead in response to Plaintiff's Complaint on or before August 7, 2020.

FD AR | FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP™ Attorneys at Law

7775 Walton Parkway
Suite 200
New Albany, Ohio 43054

(614) 221-1216 PH
(614) 221-8769 FX
www.fisheldowney.com

Respectfully submitted,

By:

s/ Daniel T. Downey
Daniel T. Downey (0063753)
Angelica M. Jarmusz (0092249)
**Fishel Downey Albrecht & Riepenhoff LLP**
7775 Walton Pkwy, Suite 200
New Albany, Ohio  43054
(614) 221-1216 – Telephone
(614) 221-8769 – Fax
ddowney@fisheldowney.com
ajarmusz@fisheldowney.com
*Attorneys for Defendant George W. Lavender*

s/ M. Sean Dingus *(per 7/3/2020 email auth.)*
M. Sean Dingus (0070201)
Adam Morris (0096754)
**Plymale and Dingus LLC**
136 W. Mound St.
Columbus, Ohio 43215
(614) 542-0220 - Telephone
(614) 542-0230 – Fax
sdingus@dinguslaw.com
amorris@dinguslaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the ***Stipulation of Extension of Time to Move or Plead*** was served this 7th day of July 2020 through the Court's electronic filing system.

s/ Daniel T. Downey
Daniel T. Downey (0063753)
**Fishel Downey Albrecht & Riepenhoff LLP**
*Attorney for Defendant George W. Lavender*

CORSA Litigation\Ross\Coldren\Pleadings - Word Docs\07-20 Stipulation of Extension



2