## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**MELISSA BENNETT, Administrator for the**
**Estate of Scott A. Coldren,**

        **Plaintiff,**

        **v.**

**GEORGE W. LAVENDER, JR.,** *et al.*,

        **Defendants.**

        **Civil Action 2:20-cv-3193**
        **Judge James L. Graham**
        **Magistrate Judge Chelsey M. Vascura**

## <u>ORDER</u>

The parties reported on January 4, 2021 that this matter settled in its entirety at mediation.  Defendants' deadline to move or plead in response to the Amended Complaint is **STAYED** pending further order of the Court.  The parties are **DIRECTED** to file a joint written **REPORT** detailing the status of this case **ON OR BEFORE MARCH 1, 2021,** unless they have filed a dismissal entry in accordance with Federal Rule of Civil Procedure 41(a)(1)(A) in the interim.

        **IT IS SO ORDERED.**

        /s/ *Chelsey M. Vascura*
        CHELSEY M. VASCURA
        UNITED STATES MAGISTRATE JUDGE