IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION – COLUMBUS

Melissa Bennett, Administrator of the Estate of Scott Anthony Coldren,

    Plaintiff,

v.

George W. Lavender, *et. al.*,

    Defendants

Case No.: 2:20-cv-03193

Judge: James Graham

Mag. Judge: Chelsey M. Vascura

## JOINT STATUS REPORT

The parties are submitting this Joint Status Report pursuant to this court's order filed on January 4, 2021. The parties settled this matter at a mediation conference on December 15, 2020. Since this matter involved a death, the terms of the settlement must be approved by the Franklin County Probate Court. An application to approve the proposed settlement agreement is currently scheduled for hearing before the Probate Court on March 29, 2021. Plaintiff's counsel expects the Probate Court to approve the settlement agreement. As such, the parties will likely require an additional sixty (60) days to file a dismissal entry in this matter.

Respectfully submitted,

**PLYMALE & DINGUS, LLC**

/s/ M. Shawn Dingus
M. Shawn Dingus (0070201)
136 West Mound Street, Ste. 100
Columbus, OH 43215
Email: sdingus@dinguslaw.com
Phone: (614) 542-0220
Fax: (614) 542-0230
*Attorney for Plaintiff*

/s/ Daniel Downey
Daniel Downey (0063753)
Angelica M. Jarmusz (009224)
Fishel Downey Albrecth & Riepenhoff LLP
7775 Walton Pkwy, Suite 200
New Albany, Ohio 43054
Phone: 614-221-1216
Fax: 614-221-8769
ddowney@fisheldowney.com
*Attorneys for Defendants*