# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MELISSA BENNETT, Administrator for the Estate of Scott A. Coldren,**

    **Plaintiff,**

    v.

**GEORGE W. LAVENDER, JR.,** *et al.*,

    **Defendants.**

Civil Action 2:20-cv-3193
Judge James L. Graham
Magistrate Judge Chelsey M. Vascura

## ORDER

The parties reported on February 26, 2021, that this matter settled in its entirety at mediation, and that they are awaiting approval of the settlement by the Franklin County Probate Court.  The parties are **DIRECTED** to file a joint written **REPORT** detailing the status of this case **ON OR BEFORE MAY 3, 2021,** unless they have filed a dismissal entry in accordance with Federal Rule of Civil Procedure 41(a)(1)(A) in the interim.

    **IT IS SO ORDERED.**

    /s/ *Chelsey M. Vascura*
    CHELSEY M. VASCURA
    UNITED STATES MAGISTRATE JUDGE