# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Melissa Bennett, Administrator of the Estate of Scott Anthony Coldren | : | Case No. 2:20-cv-03193 |
| Plaintiff, | : | Judge James L. Graham |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| George W. Lavender, *et al.*, | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

It is hereby stipulated and agreed, by and between the parties and/or their respective counsel, that the above-captioned action is voluntarily dismissed as to all Defendants. As such, Defendants George W. Lavender, Dylan Gangewere, Tanner McDonald, Dylan Speakman, Chase Thatcher, Nick McKeever, Drew Rittenhouse, Brenna Campbell, Brenda Lowe, Robert Cantor, Devin Davis, Bethany Sullivan, Tyler Funk, Kerry Mickle, Anderson Ramsey, Jessica Malone, and William Anderson, in their individual and official capacities, are dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear his/her own costs.

Respectfully submitted,

| | |
|---|---|
| By: */s/ M. Shawn Dingus*<br>M. Shawn Dingus (0070201)<br>Adam Morris (0096754)<br>**PLYMALE AND DINGUS LLC**<br>136 W. Mound St.<br>Columbus, Ohio 43215<br>(614) 542-0220 -Telephone<br>(614) 542-0230 – Facsimile<br>sdingus@dinguslaw.com<br>amorris@dinguslaw.com<br>*Attorneys for Plaintiff,*<br>*Melissa Bennett* | By: */s/ Daniel T. Downey*<br>Daniel T. Downey (0063753)<br>Angelica M. Jarmusz (0092249)<br>**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**<br>7775 Walton Pkwy, Suite 200<br>New Albany, Ohio 43054<br>(614) 221-1216 - Telephone<br>(614) 221-8769 – Facsimile<br>ddowney@fisheldowney.com<br>ajarmusz@fisheldowney.com<br>*Attorneys for Defendants George W. Lavender, Dylan Gangewere, Tanner McDonald, Dylan Speakman, Chase Thatcher, Nick McKeever, Drew Rittenhouse, Brenna Campbell, Brenda Lowe, Robert Cantor, Devin Davis, Bethany Sullivan, Tyler Funk, Kerry Mickle, Anderson Ramsey, and Jessica Malone* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) was served this 3rd day of May 2021 through the Court's electronic filing system.

*/s/ Daniel T. Downey*
Daniel T. Downey (0063753)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
*Attorney for Defendants George W. Lavender Dylan Gangewere, Tanner McDonald, Dylan Speakman, Chase Thatcher, Nick McKeever, Drew Rittenhouse, Brenna Campbell, Brenda Lowe, Robert Cantor, Devin Davis, Bethany Sullivan, Tyler Funk, Kerry Mickle, Anderson Ramsey, and Jessica Malone*